# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GOOGLE LLC, § <br> § <br> Defendant. § | CASE NO. 6:20-cv-00128-ADA-JCM <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION FOR EXTENSION OF DEADLINES FOR BRIEFING ON DEFENDANT GOOGLE, LLC'S MOTION TO DISMISS

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE JEFFREY C. MANSKE:

On April 16, 2020, Defendant Google LLC ("Google") filed its Motion to Dismiss First Amended Complaint (the "Motion to Dismiss") (Dkt. 11). Currently, the deadline for Plaintiff CyWee Group Ltd. ("Plaintiff") to respond to the Motion to Dismiss is April 30, 2020 and Google's deadline to file its Reply is seven (7) days from the date of Plaintiff's response.

The parties jointly move for extensions of these briefing deadlines. Specifically, Plaintiff requests a 30-day extension to respond to the Motion to Dismiss, which would extend the deadline to June 1, 2020. In turn, Google requests a three-week extension of time (which affords Google a total of four (4) weeks) to file its Reply, which runs from the date of Plaintiff's response.

This joint motion is not brought for the purpose of delay. Rather, in light of the current COVID-19 crisis, both parties seek additional time to submit their respective briefs.

Accordingly, Defendant Google LLC and Plaintiff CyWee Group Ltd. jointly request the Court grant the foregoing motion and enter an Order extending the deadlines, as requested and agreed upon by the parties.

Dated: April 24, 2020.

        Respectfully submitted,

        */s/ Paige Arnette Amstutz*

        Luann L. Simmons (*Pro Hac Vice*)
        lsimmons@omm.com
        Adam M. Kaplan (*Pro Hac Vice*)
        akaplan@omm.com
        Bill Trac (*Pro Hac Vice*)
        btrac@omm.com
        O'MELVENY & MYERS LLP
        Two Embarcadero Center, 28th Floor
        San Francisco, CA  94111-3823
        Telephone:  (415) 984-8700
        Facsimile:  (415) 984-8701

        Paige Arnette Amstutz
        pamstutz@scottdoug.com
        Texas State Bar No. 00796136
        SCOTT, DOUGLASS & MCCONNICO, LLP
        303 Colorado Street, Suite 2400
        Austin, TX  78701
        Telephone:  (512) 495-6300
        Facsimile:  (512) 495-6399

        ***Counsel for Defendant Google LLC***

        */s/ Michael W. Shore*

        Michael W. Shore
        mshore@shorechan.com
        Alfonso G. Chan
        achan@shorechan.com
        William D. Ellerman
        wellerman@shorechan.com
        Corey M. Lipschutz
        clipschutz@shorechan.com
        SHORE CHAN DEPUMPO LLP
        901 Main Street, Suite 3300
        Dallas, TX  75202
        Telephone:  (214) 593-9110
        Facsimile:  (214) 593-9111

        ***Counsel for Plaintiff CyWee Group Ltd.***

3

**CERTIFICATE OF SERVICE**

    Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 24, 2020, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                          */s/ Paige Arnette Amstutz*
                                          Paige Arnette Amstutz