IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 6:20-cv-00128-ADA-JCM <br><br> JURY TRIAL DEMANDED |

**JOINT STIPULATION REGARDING EXTENSION OF DEADLINES FOR BRIEFING ON DEFENDANT GOOGLE LLC'S MOTION TO DISMISS**

Due to an unexpected medical emergency with a family member of Plaintiff's counsel, Plaintiff CyWee Group Ltd. ("Plaintiff" or "CyWee") and Defendant Google LLC ("Defendant" or "Google") jointly stipulate to extend the deadlines to file a Response and a Reply to Google's Motion to Dismiss (Dkt. No. 11) by seven (7) days. Specifically, CyWee's Response will now be due on June 8, 2020. Google's Reply will now be due on July 6, 2020.

This joint stipulation is not brought for purposes of delay.

Dated: May 29, 2020                              Respectfully submitted,

By: /s/ *Michael W. Shore*                       By: /s/ *Luann L. Simmons*

| | |
|---|---|
| Michael W. Shore (Texas 18294915) | Luann L. Simmons (*Pro Hac Vice*) |
| mshore@shorechan.com | lsimmons@omm.com |
| Alfonso G. Chan (Texas 24012408) | Adam M. Kaplan (*Pro Hac Vice*) |
| achan@shorechan.com | akaplan@omm.com |
| Ari B. Rafilson (Texas 24060456) | Bill Trac (*Pro Hac Vice*) |
| (application pending) | btrac@omm.com |
| arafilson@shorechan.com | O'MELVENY & MYERS LLP |
| William D. Ellerman (Texas 24007151) | Two Embarcadero Center, 28th Floor |
| wellerman@shorechan.com | San Francisco, CA 94111-3823 |
| Corey M. Lipschutz (Texas 24099303) | Telephone: (415) 984-8700 |
| clipschutz@shorechan.com | Facsimile: (415) 984-8701 |
| SHORE CHAN DEPUMPO LLP | |
| 901 Main Street, Suite 3300 | Paige Arnette Amstutz (Texas 00796136) |
| Dallas, Texas 75202 | pamstutz@scottdoug.com |
| Tel: (214) 593-9110 | SCOTT, DOUGLASS & MCCONNICO, LLP |
| Fax: (214) 593-9111 | 303 Colorado Street, Suite 2400 |
| | Austin, TX 78701 |
| | Telephone: (512) 495-6300 |
| **COUNSEL FOR PLAINTIFF** | Facsimile: (512) 495-6399 |
| **CYWEE GROUP LTD.** | |
| | **COUNSEL FOR DEFENDANT** |
| | **GOOGLE LLC** |

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via the CM/ECF electronic filing system on May 29, 2020.

/s/ *Michael W. Shore*
Michael W. Shore
