IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 6:20-cv-00128-ADA-JCM <br><br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF DEADLINES FOR BRIEFING ON DEFENDANT GOOGLE LLC'S MOTION TO DISMISS

Before the Court is the parties Joint Stipulation Regarding Extention of Deadlines for Briefing on Defendant Google LLC's Motion to Dismiss. The Stipulation is **GRANTED**. The deadlines to file a Response and a Reply to Google's Motion to Dismiss (Dkt. No. 11) are extended by seven (7) days. Specifically, CyWee's Response will now be due on June 8, 2020. Google's Reply will now be due on July 6, 2020

Signed this 1st day of June 2020.

_____
Hon. Jeffrey C. Manske
United States Magistrate Judge