IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 6:20-cv-00128-ADA-JCM <br><br><br> JURY TRIAL DEMANDED |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff CyWee Group Ltd. ("Plaintiff" or "CyWee") moves this Court for leave to file the Sur-Reply Brief, attached as Exhibit 1. In its Reply Brief (Dkt. No. 24), Defendant Google LLC ("Defendant" or "Google") raised two completely new legal arguments that it never raised in its Motion to Dismiss (Dkt. No. 11), thus precluding CyWee from briefing those issues in its response. Accordingly, CyWee seeks to file the attached narrowly tailored Sur-Reply to respond to Google's new arguments.

Dated: July 14, 2020                      Respectfully submitted,

                                                  By:  /s/ *Michael W. Shore*
                                                  Michael W. Shore (Texas 18294915)
                                                  mshore@shorechan.com
                                                  Alfonso G. Chan (Texas 24012408)
                                                  achan@shorechan.com
                                                  Ari B. Rafilson (Texas 24060456)
                                                  (application pending)
                                                  arafilson@shorechan.com
                                                  William D. Ellerman (Texas 24007151)
                                                  wellerman@shorechan.com
                                                  Corey M. Lipschutz (Texas 24099303)
                                                  clipschutz@shorechan.com
                                                  SHORE CHAN DEPUMPO LLP
                                                  901 Main Street, Suite 3300
                                                  Dallas, Texas 75202
                                                  Tel: (214) 593-9110
                                                  Fax: (214) 593-9111

                                           **COUNSEL FOR PLAINTIFF**
                                           **CYWEE GROUP LTD.**

## **CERTIFICATE OF SERVICE**

In accordance with Federal Rule of Civil Procedure 5 and Local Rule CV-5, I hereby certify that a true and correct copy of the foregoing has been served on all counsel of record via the CM/ECF electronic filing system on July 14, 2020.

/s/ *Michael W. Shore*
Michael W. Shore

## **CERTIFICATE OF CONFERENCE**

In accordance with Local Rule CV-7(i), I hereby certify that on July 14, 2020 I attempted to confer with counsel for Defendant in a good-faith attempt to resolve this matter by agreement, but no agreement could be reached.

/s/ *Corey M. Lipschutz*
Corey M. Lipschutz
