IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **CYWEE GROUP LTD.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION 6:20-cv-00128-ADA |
| | § | |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

Plaintiff hereby notifies the Court that Mark D. Siegmund of Shore Chan DePumpo LLP makes a formal entry of appearance in the above-styled and numbered causes as counsel for Plaintiff, CyWee Group Ltd. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

DATED: November 23, 2020

Respectfully submitted,

By: /s/ *Mark D. Siegmund*
Michael W. Shore (Texas 18294915)
mshore@shorechan.com
Alfonso G. Chan (Texas 24012408)
achan@shorechan.com
Ari B. Rafilson (Texas 24060456)
arafilson@shorechan.com
William D. Ellerman (Texas 24007151)
wellerman@shorechan.com
Corey M. Lipschutz (Texas 24099303)
clipschutz@shorechan.com
Mark D. Siegmund (Texas 24117055)
msiegmund@shorechan.com
**SHORE CHAN DEPUMPO LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Tel: (214) 593-9110
Fax: (214) 593-9111

**COUNSEL FOR PLAINTIFF
CYWEE GROUP LTD.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 23rd day of November 2020.

/s/ *Mark D. Siegmund*
Mark D. Siegmund