## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **CYWEE GROUP LTD.,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION 6:20-cv-00128-ADA** |
| | § | |
| | § | |
| **GOOGLE LLC,** | § | |
| *Defendant.* | § | |

### PLAINTIFF CYWEE'S MOTION FOR ORAL ARGUMENT

Plaintiff CyWee Group Ltd. ("Plaintiff" or "CyWee") respectfully requests the Court for a hearing on Plaintiff's Objections to Magistrate Judge Jeffrey C. Manske's Order denying Plaintiff's Motion for Jurisdictional Discovery. ECF No. 28. In light of the Court's recently issued standing order entitled "Standing Order Regarding Venue and Jurisdictional Discovery Limits For Patent Cases" released on November 19, 2020, Judge Manske's Order is inconsistent with the Court's Standing Order and should be rejected. Plaintiff respectfully requests an oral hearing on the issue at the Court's earliest convenience.

DATED:  November 23, 2020                    Respectfully submitted,

                                             By:  */s/ Mark D. Siegmund*
                                             Michael W. Shore (Texas 18294915)
                                             mshore@shorechan.com
                                             Alfonso G. Chan (Texas 24012408)
                                             achan@shorechan.com
                                             Ari B. Rafilson (Texas 24060456)
                                             arafilson@shorechan.com
                                             William D. Ellerman (Texas 24007151)
                                             wellerman@shorechan.com
                                             Corey M. Lipschutz (Texas 24099303)
                                             clipschutz@shorechan.com
                                             Mark D. Siegmund (Texas 24117055)
                                             msiegmund@shorechan.com
                                             **SHORE CHAN DEPUMPO LLP**
                                             901 Main Street, Suite 3300
                                             Dallas, Texas 75202
                                             Tel: (214) 593-9110
                                             Fax: (214) 593-9111

                                             **COUNSEL FOR PLAINTIFF**
                                             **CYWEE GROUP LTD.**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this the 23rd day of November 2020.

                                             */s/ Mark D. Siegmund*
                                             Mark D. Siegmund