# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| CYWEE GROUP LTD. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00128-ADA |
| | § | |
| GOOGLE LLC | § | |

## ORDER SETTING HEARING REGARDING MAGISTRATE RULING BY ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING REGARDING MAGISTRATE RULING BY ZOOM** on **Tuesday, December 08, 2020 at 01:30 PM**.  The link for the zoom hearing will be sent by e-mail.

IT IS SO ORDERED this 3rd day of December, 2020.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE